

1:24-cr-00288
Judge Matthew F. Kennelly
Magistrate Judge Sheila M. Finnegan
RANDOM/CAT. 3

KSR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVONTE PITTMAN | Case No.<br><br>Violation: Title 18, United States Code, Section 922(a)(6)<br><br>**UNDER SEAL** |

### COUNT ONE

The SPECIAL MAY 2024 GRAND JURY charges:

On or about August 15, 2021, at Lockport, in the Northern District of Illinois, Eastern Division,

DEVONTE PITTMAN,

defendant herein, in connection with the acquisition of a firearm, namely, a Taurus G3 9 mm pistol, bearing serial number ACD775484, from Rink's Gun & Sport, Inc., 14363 Archer Avenue Lockport, Illinois 60441, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of said firearm to the defendant, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was not an unlawful user of marijuana, when in fact defendant knew that he was an unlawful user of marijuana;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about September 21, 2021, at New Lenox, in the Northern District of Illinois, Eastern Division,

DEVONTE PITTMAN,

defendant herein, in connection with the acquisition of a firearm, namely, a Smith & Wesson M&P9 M2.0 Compact 15 R 9 mm pistol, bearing serial number NKJ1299, from Kee Firearms & Training, 21660 Moni Drive, New Lenox, Illinois 60451, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of said firearm to the defendant, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was not an unlawful user of marijuana, when in fact defendant knew that he was an unlawful user of marijuana;

In violation of Title 18, United States Code, Section 922(a)(6).

**COUNT THREE**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about November 12, 2021, at New Lenox, in the Northern District of Illinois, Eastern Division,

DEVONTE PITTMAN,

defendant herein, in connection with the acquisition of a firearm, namely, a Taurus G2C931-12 9 mm pistol, bearing serial number ACE914938, from Kee Firearms & Training, 21660 Moni Drive, New Lenox, Illinois 60451, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of said firearm to the defendant, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was not an unlawful user of marijuana, when in fact defendant knew that he was an unlawful user of marijuana;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT FOUR

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about July 13, 2023, at Bolingbrook, in the Northern District of Illinois, Eastern Division,

DEVONTE PITTMAN,

defendant herein, in connection with the acquisition of a firearm, namely, a Smith & Wesson M&P M2 10 mm pistol, bearing serial number NMM7314, from Bass Pro Shops Outdoor World #048, 709 Janes Avenue, Bolingbrook, Illinois 60440, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of said firearm to the defendant, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was not an unlawful user of marijuana, when in fact defendant knew that he was an unlawful user of marijuana;

In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of
ACTING UNITED STATES ATTORNEY